NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7058


PEDRO P. DEL ROSARIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.


Mark R. Lippman, The Veteran Law Group, of La Jolla, California, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.  Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:  United States Court of Appeals for Veterans Claims

Judge Alan G. Lance, Sr.

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7058

PEDRO P. DEL ROSARIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee.

# **Judgment**

ON APPEAL from the      United States Court of Appeals for Veterans Claims

in CASE NO(S).      06-1596

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     Per Curiam (MICHEL, <u>Chief Judge</u>, RADER, <u>Circuit Judge</u>, and FOLSOM*, <u>District Judge</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>March 2, 2010</u>      <u>/s/ Jan Horbaly</u>
                     Jan Horbaly, Clerk

---

* The Honorable David Folsom, Chief District Judge, of the Eastern District of Texas, sitting by designation.